**Anthony Denaro FREEMAN, Petitioner–Appellant,**

v.

**Ronald ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.**

**No. 02–6570.**

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 10, 2002.

Anthony Denaro Freeman, Appellant Pro Se. Robert H. Anderson, III, Office of the Attorney General Of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony Denaro Freeman seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Freeman v. Angelone*, No. CA–01–276–2 (E.D.Va. Mar. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*